# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **R.B.**, *a Minor, by and through her Parent*, Plaintiff, <br><br> v. <br><br> **MASTERY CHARTER SCHOOL,** Defendant. | CIVIL ACTION <br><br> NO. 2:10-cv-06722 |

## ORDER

And now, this 11th day of January, 2011 upon consideration of Defendant's Motion for a Stay of Order Pending Appeal [doc. no. 36], Plaintiff's response [doc. no. 37], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **DENIED.** This case will remain **CLOSED.**

It is so ORDERED.

BY THE COURT:

/s/ Cynthia M. Rufe

HON. CYNTHIA M. RUFE